# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 7

**CHERRY SCAFFOLDING COMPANY**

DEBTOR                              :        BKY. NO. 21-11891AMC7

## O R D E R

    AND NOW, this _____ day of _____, 2021 upon consideration of Debtor's Application for an additional Extension of Time to file Chapter 7 Schedules.

    It is Ordered that the Motion is Granted. Debtor has until **8/13/2021** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court: _____

**Date: August 2, 2021**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge