# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Cherry Scaffolding Company | : | |
| Debtor | : | Bankruptcy No. 21-11891 amc |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/7/2021, 7/14/2021, 7/21/2021 and 8/2/2021, this case is hereby DISMISSED.

*[signature]*

**Date: August 19, 2021**

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Schedule A/B
    Schedule D
    Schedule E
    Schedule F
    Schedule G
    Schedule H
    Statement of Financial Affairs
    Statistical Summary of Certain Liabilities Form B206

bfmisdoc